438 A.2d 635

Commonwealth v. Brown, Appellant.

Petition for Allowance of Appeal Denied Jan. 18, 1982.

Argued May 27, 1981.   Elkin A. Tolliver, Jr., for appellant;  Ellen Mattleman, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

Judgment of sentence affirmed.

438 A.2d 636

Commonwealth v. Burton, Appellant.

Submitted May 26, 1981. Donald C. Marino, for appellant;  Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and WIEAND, JJ.

The judgment of sentence is affirmed.